# Third District Court of Appeal

## State of Florida

Opinion filed July 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0167
Lower Tribunal No. 23-0018-AP-01
_____


**Arcadio J. Reyes, et al.**,
Appellants,

vs.

**City of West Miami**,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Appellate Division, Daryl E. Trawick, Maria de Jesus Santovenia and Ramiro C. Areces, Judges.

Arcadio J. Reyes and Marie Azan Reyes, in proper persons.

Lehtinen Schultz, PLLC, and Dexter Lehtinen, for appellee.


Before LOGUE, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.  See Fla. Detroit Diesel v. Nathai, 28 So. 3d 182, 184 (Fla. 1st DCA 2010) ("We have elected to review the order under the summary disposition procedure in rule 9.315(a) of the Florida Rules of Appellate Procedure. This rule authorizes an appellate court to summarily affirm an order of the lower tribunal if 'no preliminary basis for reversal has been demonstrated.' As explained in the court commentary to rule 9.315, the purpose of the summary affirmance procedure is to provide an expeditious method of deciding an appeal that is unmeritorious.").  See also Custer Med. Ctr. v. United Auto. Ins. Co., 62 So. 3d 1086, 1092 (Fla. 2010) ("We have consistently observed that '[a]s a case travels up the judicial ladder, review should consistently become narrower, not broader'" and therefore on second-tier certiorari, the "'inquiry is limited to whether the circuit court afforded procedural due process and whether the circuit court applied the correct law,' or, as otherwise stated, departed from the essential requirements of law." (quoting Haines City Cmty. Dev. v. Heggs, 658 So. 2d 523, 530 (Fla. 1995))).